JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUE VUE, | Case No. ED CV 15-00165 VBF (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JEFFREY BEARD, SECRETARY OF PRISONS, CALIFORNIA DEPARTMENT OF CORRECTIONS, | |
| Respondent. | |

Final judgment is hereby entered in favor of respondent Jeffrey Beard and against petitioner Chue Vue.

DATED:  May 4, 2015

*Valerie Baker Fairbank*
_____
HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE